**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (*if known*): _____ Chapter _**11**_

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Prost LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Taco Loco<br>Bolt Brewery<br>Diego's Baja Grill |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 800778233 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1971 India Street | 11038 Quail Canyon Road |
| Number        Street | Number        Street |
| | P.O. Box |
| San Diego          CA    92101 | El Cajon          CA    92021 |
| City                          State      ZIP Code | City                          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Diego County | |
| County | Number        Street |
| | |
| | City                          State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.tacolocosd.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Prost LLC | Case number *(if known)* |
|--------|-----------|--------------------------|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5812

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

        District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                  MM / DD / YYYY

        Case number, if known _____

| Debtor | Prost LLC | Case number (if known) |
|---|---|---|
|  | Name |  |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor     Prost LLC
_____
Name                                          Case number *(if known)*_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/11/2025
MM / DD / YYYY

✘ /s/ Molly Rust
_____
Signature of authorized representative of debtor

Title   Managing Member

Molly Rust
_____
Printed name

**18. Signature of attorney**

✘ /s/ Donald Reid
_____
Signature of attorney for debtor

Date   08/11/2025
MM / DD / YYYY

Donald Reid
_____
Printed name

Law Office of Donald W. Reid
_____
Firm name

PO Box 2227
_____
Number      Street

Fallbrook
_____
City

CA
_____
State

92088
_____
ZIP Code

(951) 777-2460
_____
Contact phone

don@donreidlaw.com
_____
Email address

281743
_____
Bar number

CA
_____
State

**Fill in this information to identify the case:**

Debtor name _____Prost LLC_____

United States Bankruptcy Court for the: _____Southern District of California_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................................    $ _____167,710.03

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................    $ _____167,710.03

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................    $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...............................................    $ _____37,263.54

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................    +$ _____100,993.32

4. **Total liabilities** ...........................................................................................................    $ _____138,256.86
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Prost LLC_____

United States Bankruptcy Court for the: ___Southern District of California___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 American Express<br>PO Box 96001<br>Los Angeles, CA, 90096-8000 | | Credit Card Debt | | | | 42,643.12 |
| 2 California Department Tax & Fee Administration<br>15015 Avenue of Science<br>Suite 200<br>San Diego, CA, 92128 | | Taxes & Other Government Units | | | | 29,627.00 |
| 3 Bank of America<br>PO Box 15796<br>Dallas, TX, 75268-0441 | | Credit Card Debt | | | | 26,624.54 |
| 4 Shamrock Foods<br>PO Box 843539<br>Los Angeles, CA, 90084-3539 | | Suppliers or Vendors | | | | 10,542.65 |
| 5 City of San Diego Public Utilities Department<br>PO Box 129020<br>San Diego, CA, 92112-9020 | | Utility Services | | | | 4,730.56 |
| 6 San Diego County Treasurer-Tax Collector<br>1600 Pacific Hwy, Room 162<br>San Diego, CA, 92101 | | Taxes & Other Government Units | | | | 3,700.00 |
| 7 Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 3,019.20 |
| 8 American Capital Group<br>23382 Mill Creek Drive<br>#115<br>Laguna Hills, CA, 92653 | | Monies Loaned / Advanced | | | | 2,630.18 |

Debtor    Prost LLC
_____     Case number (if known)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SDG&E<br>P.O. Box 129831<br>San Diego, CA, 92112 | | Utility Services | | | | 2,200.00 |
| 10 | American Capital Group<br>23382 Mill Creek Drive<br>#115<br>Laguna Hills, CA, 92653 | | | | | | 2,130.10 |
| 11 | Ecovida Waste<br>PO Box 3094<br>La Jolla, CA, 62037 | | Suppliers or Vendors | | | | 1,753.43 |
| 12 | Heritage Escrow<br>2550 5th Avenue, Suite 800<br>San Diego, CA, 92103 | | Services | | | | 1,206.88 |
| 13 | NuCO2<br>2800 SE Market Place<br>Stuart, FL, 34997 | | Suppliers or Vendors | | | | 1,185.43 |
| 14 | NuCO2<br>2800 SE Market Place<br>Stuart, FL, 34997 | | Suppliers or Vendors | | | | 1,159.70 |
| 15 | Cox - Debt Next Collections<br>175 Montrose West Avenue Suite 170<br>Copley, OH, 44321 | | Telephone / Internet services | | | | 923.00 |
| 16 | Employment Development Department, Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA, 94280 | | Taxes & Other Government Units | | | | 917.34 |
| 17 | Republic National Distributing Company<br>P. O. Box 743564<br>Los Angeles, CA, 90074-3564 | | Suppliers or Vendors | | | | 777.05 |
| 18 | SDG&E<br>P.O. Box 129831<br>San Diego, CA, 92112 | | Utility Services | | | | 700.00 |
| 19 | BMI<br>PO Box 630893<br>Cincinnati, OH, 95263-0893 | | Suppliers or Vendors | | | | 463.05 |
| 20 | NuCO2<br>2800 SE Market Place<br>Stuart, FL, 34997 | | Suppliers or Vendors | | | | 309.79 |

**Fill in this information to identify the case:**

Debtor name ___Prost LLC_____

United States Bankruptcy Court for the: __Southern District of California__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | California Bank and Trust | Checking | 0  2  0  6 | $ 10.03 |
| 3.2. | See continuation sheet | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 10.03

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Prost LLC
_____
          Name

Case number (*if known*)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

| **Part 3:** | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 10,500.00 | − | 0.00 | = ........➔ | $ 10,500.00 |
| 11b. Over 90 days old: | 0.00 | − | 0.00 | = ........➔ | $ 0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 10,500.00

| **Part 4:** | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor    Prost LLC
_____
     Name

Case number *(if known)*_____

---

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> See continuation sheet | ___ MM / DD / YYYY | $ 7,000.00 | | $ 7,000.00 |
| 20. **Work in progress** <br> _____ | ___ MM / DD / YYYY | $ _____ | | $ _____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___ MM / DD / YYYY | $ _____ | | $ _____ |
| 22. **Other inventory or supplies** <br> _____ | ___ MM / DD / YYYY | $ _____ | | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 7,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value   2,000.00   Valuation method   Cost   Current value   2,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $ _____ | | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | | $ _____ |

Debtor    Prost LLC
_____    Case number *(if known)*_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------|---------|---------|---------|
| 39. **Office furniture** See continuation sheet | $ 0.00 | _____ | $ 1,900.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | _____ | $ 9,350.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ | |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 11,250.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Debtor | Prost LLC | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | _____ |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    See continuation sheet

| | | |
|---|---|---|
| $ 0.00 | | $ 38,950.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $ 38,950.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Prost LLC
_____
            Name

Case number *(if known)*_____

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1971 India Street, San Diego, CA 92101 | Leasehold | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>boltbrewingcompany.com, boltbrewery.com, boltbrewing.com, boldb | 0.00<br>$_____ | _____ | 0.00<br>$_____ |
| **62. Licenses, franchises, and royalties**<br>Type 47 ABC License | $_____ | Market Value | 100,000.00<br>$_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 100,000.00

Debtor    Prost LLC
_____    Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____    _____ − _____ = ➔    $_____
                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

   _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____

   Nature of claim    _____    $_____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____

   Nature of claim    _____    $_____
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   _____    $_____

77. **Other property of any kind not already listed**   Examples: Season tickets, country club membership

   _____    $_____
   _____    $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    Prost LLC
_____    Case number (if known)_____
        Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 10.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 10,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 7,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 11,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 38,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................➡ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 167,710.03 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................  167,710.03    $ 167,710.03

| Debtor 1 | Prost LLC | | Case number (*if known*)_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| California Bank and Trust | Checking | 9334 |
| Balance: 0.00 | | |
| California Bank and Trust | Checking | 7531 |
| Balance: 0.00 | | |
| California Bank and Trust | Checking | 9128 |
| Balance: 0.00 | | |
| California Bank and Trust | Savings | 9461 |
| Balance: 0.00 | | |
| California Bank and Trust | Checking | 0524 |
| Balance: 0.00 | | |

**19) Raw materials**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Food Inventory | | 2,000.00 | Cost | 2,000.00 |
| Liquor Inventory | | 5,000.00 | Cost | 5,000.00 |

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Picnic Tables | 0.00 | | 1,000.00 |
| Tables and Chairs | 0.00 | | 300.00 |
| 9 TV's | 0.00 | | 500.00 |
| Decor - Pictures, shelving, Lighting | 0.00 | | 100.00 |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Kegs | 0.00 | | 8,000.00 |

Debtor 1    Prost LLC

First Name    Middle Name    Last Name

Case number (if known)_____

## Continuation Sheet for Official Form 206 A/B

```
Toast POS 3          0.00                          850.00
Terminals, 7
Handhelds, 2
Kitchen Screens, 2
Expo Scrrons
```

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Kitchen Equipment, Flat Top Grills 2, Ovens 2, Friers 4, Chef Base 2, miscellaneous pans, dishes, small equipment | | | 1,450.00 |
| Forklift | | | 2,500.00 |
| Brewing Equipment, Brew House, Fermenters, Bright tanks | | | 35,000.00 |

**Fill in this information to identify the case:**

Debtor name _Prost LLC_

United States Bankruptcy Court for the: _Southern District of California_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** Creditor's name
Small Business Administration

Describe debtor's property that is subject to a lien
All assets

$ _Unknown_       $ _0.00_

Creditor's mailing address
312 North Spring Street
Fifth Floor, Los Angeles, CA 90012

Describe the lien
Agreement you made, Principal amount of th

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _05/28/2021_

Last 4 digits of account number _9003_

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien
_____

$ _____       $ _____

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _0.00_

| Debtor | Prost LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Small Business Administration<br>1545 Hawkins Blvd<br>Suite 202<br>El Paso, TX, 79925 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Prost LLC_____

United States Bankruptcy Court for the: ___Southern District of California___

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
California Department Tax & Fee Administration
15015 Avenue of Science
Suite 200
San Diego, CA 92128

**Date or dates debt was incurred**
2Q'25 and 3Q'25

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 29,627.00     $ 29,627.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
Employment Development Department,
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280

**Date or dates debt was incurred**
Q3'2025

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 917.34     $ 917.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

**Date or dates debt was incurred**
Q3'2025

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 3,019.20     $ 3,019.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __Prost LLC_____  Case number (*if known*)_____
       Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**
San Diego County Treasurer-Tax Collector
1600 Pacific Hwy, Room 162
San Diego, CA 92101

$ 3,700.00     $ 3,700.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** 6560

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**2.___ Priority creditor's name and mailing address**

$_____     $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
_____

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2.___ Priority creditor's name and mailing address**

$_____     $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
_____

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2.___ Priority creditor's name and mailing address**

$_____     $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
_____

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Debtor ___Prost LLC_____     Case number (*if known*)_____
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
Airgas
PO Box 734673
Dallas, TX 75373-4673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 143.33

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
American Capital Group
23382 Mill Creek Drive
#115
Laguna Hills, CA 92653

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 2,630.18

Date or dates debt was incurred _____
Last 4 digits of account number 6905

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
American Capital Group
23382 Mill Creek Drive
#115
Laguna Hills, CA 92653

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,130.10

Date or dates debt was incurred _____
Last 4 digits of account number 6947

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
American Express
PO Box 96001
Los Angeles, CA 90096-8000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 42,643.12

Date or dates debt was incurred 03/01/2018
Last 4 digits of account number 3001

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Bank of America
PO Box 15796
Dallas, TX 75268-0441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 26,624.54

Date or dates debt was incurred 10/01/2018
Last 4 digits of account number 6079

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Beer Girl Brewing
62 Maxwell
Irvine, CA 92618-4641

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 49.50

Date or dates debt was incurred 03/07/2025
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Prost LLC_____    Case number (*if known*)_____
                 Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7    **Nonpriority creditor's name and mailing address**

BMI
PO Box 630893
Cincinnati, OH 95263-0893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 463.05

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 8    **Nonpriority creditor's name and mailing address**

Brewers Association
PO Box 1679
Boulder, CO 80306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 229.50

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___2277_____

---

**3.** 9    **Nonpriority creditor's name and mailing address**

City of San Diego Public Utilities Department
PO Box 129020
San Diego, CA 92112-9020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 4,730.56

Date or dates debt was incurred ___06/01/2024___

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___8190_____

---

**3.** 10    **Nonpriority creditor's name and mailing address**

Cox - Debt Next Collections
175 Montrose West Avenue Suite 170
Copley, OH 44321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 923.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___3340_____

---

**3.** 11    **Nonpriority creditor's name and mailing address**

Cox Business
5159 Federal Boulevard
San Diego, CA 92105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 218.52

Date or dates debt was incurred ___06/30/2023___

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___6802_____

Debtor     Prost LLC
_____
           Name

Case number *(if known)*_____

| **Part 2:** | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Ecovida Waste
PO Box 3094
La Jolla, CA 62037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,753.43

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Flora Soto
1050 George Street Apt D
Imperial Beach, CA 91932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  notice only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Helix Water District
PO Box 513597
Los Angeles, CA 90051-3597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 88.66

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Heritage Escrow
2550 5th Avenue, Suite 800
San Diego, CA 92103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  2920

$ 1,206.88

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Hollenbeck Family Trust
8160 Center Street
La Mesa, CA 91942

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  12/01/2013

Last 4 digits of account number _____

$ Unknown

---

Debtor    Prost LLC
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Location Matters
6540 Lusk Blvd
San Diego, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ Unknown

**Date or dates debt was incurred**  12/01/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18  Nonpriority creditor's name and mailing address**

Mario Demetriou
2345 Wardon Street
San Diego, CA 92107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice only

$ Unknown

**Date or dates debt was incurred**  _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19  Nonpriority creditor's name and mailing address**

NuCO2
2800 SE Market Place
Stuart, FL 34997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,159.70

**Date or dates debt was incurred**  03/01/2024

**Last 4 digits of account number** 0917

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20  Nonpriority creditor's name and mailing address**

NuCO2
2800 SE Market Place
Stuart, FL 34997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,185.43

**Date or dates debt was incurred**  03/01/2024

**Last 4 digits of account number** 5380

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21  Nonpriority creditor's name and mailing address**

NuCO2
2800 SE Market Place
Stuart, FL 34997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 309.79

**Date or dates debt was incurred**  _____

**Last 4 digits of account number** 9231

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____ Prost LLC _____
Name

Case number (*if known*) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Republic National Distributing Company
P. O. Box 743564
Los Angeles, CA 90074-3564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 777.05

Date or dates debt was incurred _____

Last 4 digits of account number    6539

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

SDG&E
P.O. Box 129831
San Diego, CA 92112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 2,200.00

Date or dates debt was incurred _____

Last 4 digits of account number    3812

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

SDG&E
P.O. Box 129831
San Diego, CA 92112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 700.00

Date or dates debt was incurred    12/01/2014

Last 4 digits of account number    3321

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

SDG&E
P.O. Box 129831
San Diego, CA 92112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 30.00

Date or dates debt was incurred _____

Last 4 digits of account number    4435

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Sesac
PO Box 737457
Dallas, TX 75373-7457

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 254.33

Date or dates debt was incurred    06/30/2024

Last 4 digits of account number    1697

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27 Nonpriority creditor's name and mailing address**

Shamrock Foods
PO Box 843539
Los Angeles, CA 90084-3539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___4077___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,542.65

---

**3.28 Nonpriority creditor's name and mailing address**

Soho Law Firm
8889 W. Olympic Blvd
Penthouse Floor
Beverly Hills, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice only

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.29 Nonpriority creditor's name and mailing address**

Victor Meier
1933 Maplebrook Court
El Cajon, CA 92019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice only

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor _____
      Prost LLC
      Name

Case number *(if known)* _____

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 37,263.54 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 100,993.32 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 138,256.86 |

**Fill in this information to identify the case:**

Debtor name  Prost LLC

United States Bankruptcy Court for the:  Southern District of California

Case number (If known): _____   Chapter  11

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | 1971 India Street, San Diego, CA 92101<br>Lessee | Nicholas and Nancy Neglia Trust<br>245 Calle Linda<br>Fallbrook, CA, 92028 |
| | **State the term remaining** | 4 Years | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name __Prost LLC__

United States Bankruptcy Court for the: __Southern District of California__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Molly Rust | 11038 Quail Canyon Road<br>El Cajon, CA 92021 | Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Clint Stromberg | 11038 Quail Canyon Road<br>El Cajon, CA 92021 | Small Business Administra | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __Prost LLC__

United States Bankruptcy Court for the: __Southern District of California__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | $ 661,797.00 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY | to | 12/31/2024 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 1,497,024.87 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY | to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 1,374,380.08 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY | to | Filing date | Retribution | $ 400.00 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY | to | 12/31/2024 MM / DD / YYYY | Grants | $ 20,120.81 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY | to | 12/31/2023 MM / DD / YYYY | Interest Income | $ 3,141.41 |

| Debtor | Prost LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

Debtor   Prost LLC
_____
Name

Case number (if known)_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | | | |
| _____ | | | |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | | | |
| _____ | | | |

Debtor    Prost LLC
_____
Name

Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Tunnels to Towers Foundation | Charitable contributions | _____ | $2,455.00 |
| Recipient's name | | | |
| 2361 Hylan Blvd | | _____ | $_____ |
| Staten Island, NY 10306 | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Theft by former employee | 0.00 | 04/2024 | $2,130.00 |

---

Debtor    Prost LLC
_____    Case number (if known)_____
Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | | |
| | **Address** | | _____ | $_____ |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | | |
| | **Address** | | _____ | $_____ |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

---

| Debtor | Prost LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Hollenbeck Family Trust | Brewhouse, Boiler, Cargo Containers, Freezer | 07/13/2025 | $ 0.00 |
| | **Address** 8160 Center Street La Mesa, CA 91942 | | | |
| | **Relationship to debtor** Former landlord (Former La Mesa Location) | | | |
| 13.2. | Who received transfer? GPV 25, LLC | Leasehold interest in 2547 San Diego Avenue, San Diego, CA | 06/13/2025 | $ 0.00 |
| | **Address** 2547 San Diego Ave. San Diego, CA 92110 | | | |
| | **Relationship to debtor** Assignee (Former Old Town Location) | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | | |
|---|---|---|---|---|---|
| 14.1. | 2547 San Diego Avenue San Diego, CA 92010 | From | 07/2023 | To | 06/2025 |
| 14.2. | 8179 Center Street La Mesa, CA 91942 | From | 12/2014 | To | 07/2025 |

Debtor     Prost LLC
_____     Case number (if known)_____
           Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No
   ☐ Yes

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 7

| Debtor | Prost LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor _____ Prost LLC _____  Case number (*if known*)_____
          Name

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Debtor | Prost LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ <br><br>**Dates business existed** <br><br>From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____ <br><br>**Dates business existed** <br><br>From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____ <br><br>**Dates business existed** <br><br>From _____    To _____ |

---

Debtor    Prost LLC
_____    Case number (*if known*)_____
          Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Molly Rust<br>Name<br>11038 Quail Canyon Road, El Cajon, CA 92021 | From _____<br><br>To _____ |
| **26a.2.** _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Rogers & Ho CPA<br>Name<br>7435 University Ave, Suite 101, La Mesa, CA 91942 | From _____<br><br>To _____ |
| **26b.2.** _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Molly Rust<br>Name<br>11038 Quail Canyon Road, El Cajon, CA 92021 | |

---

Debtor      Prost LLC
            _____          Case number *(if known)*_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ <br> Name |

| Name and address |
|---|
| 26d.2. _____ <br> Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name |

| Debtor | Prost LLC | | | Case number *(if known)* | |
| | Name | | | | |

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | | |
| 27.2. | _____ | | |
| | Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Molly Rust | 11038 Quail Canyon Road, El Cajon, CA 92021 | CFO | 51 |
| Clint Stromberg | 11038 Quail Canyon Road, El Cajon, CA 92021 | COO | 49 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor   Prost LLC
_____   Case number *(if known)*_____

Name

---

| | **Name and address of recipient** | | _____ | _____ |
|---|---|---|---|---|
| 30.2 | _____ | | | _____ |
| | Name | | | _____ |
| | | | | _____ |
| | | | | _____ |
| | **Relationship to debtor** | | | _____ |
| | _____ | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/11/2025
                    MM  / DD  / YYYY

✖ /s/ Molly Rust
_____   Printed name   Molly Rust
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

United States Bankruptcy Court

Southern District of California

In re:  Prost LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/11/2025_____

/s/ Molly Rust
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

Airgas
PO Box 734673
Dallas, TX 75373-4673

American Capital Group
23382 Mill Creek Drive
Laguna Hills, CA 92653

American Express
PO Box 96001
Los Angeles, CA 90096-8000

Bank of America
PO Box 15796
Dallas, TX 75268-0441

Beer Girl Brewing
62 Maxwell
Irvine, CA 92618-4641

BMI
PO Box 630893
Cincinnati, OH 95263-0893

Brewers Association
PO Box 1679
Boulder, CO 80306

California Department Tax & Fee Administratio
15015 Avenue of Science
Suite 200
San Diego, CA 92128

City of San Diego Public Utilities Department
PO Box 129020
San Diego, CA 92112-9020

Clint Stromberg
11038 Quail Canyon Road
El Cajon, CA 92021

Cox - Debt Next Collections
175 Montrose West Avenue Suite 170
Copley, OH 44321

Cox Business
5159 Federal Boulevard
San Diego, CA 92105

Ecovida Waste
PO Box 3094
La Jolla, CA 62037

Employment Development Department, Bankruptcy
P. O. Box 826880
Sacramento, CA 94280

Flora Soto
1050 George Street Apt D
Imperial Beach, CA 91932

Helix Water District
PO Box 513597
Los Angeles, CA 90051-3597

Heritage Escrow
2550 5th Avenue, Suite 800
San Diego, CA 92103

Hollenbeck Family Trust
8160 Center Street
La Mesa, CA 91942

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Location Matters
6540 Lusk Blvd
San Diego, CA 92121

Mario Demetriou
2345 Wardon Street
San Diego, CA 92107

Molly Rust
11038 Quail Canyon Road
El Cajon, CA 92021

Nicholas and Nancy Neglia Trust
245 Calle Linda
Fallbrook, CA 92028

NuCO2
2800 SE Market Place
Stuart, FL 34997

Republic National Distributing Company
P. O. Box 743564
Los Angeles, CA 90074-3564

San Diego County Treasurer-Tax Collector
1600 Pacific Hwy, Room 162
San Diego, CA 92101

SDG&E
P.O. Box 129831
San Diego, CA 92112

Sesac
PO Box 737457
Dallas, TX 75373-7457

Shamrock Foods
PO Box 843539
Los Angeles, CA 90084-3539

Small Business Administration
312 North Spring Street
Fifth Floor
Los Angeles, CA 90012

Small Business Administration
1545 Hawkins Blvd
Suite 202
El Paso, TX 79925

Soho Law Firm
8889 W. Olympic Blvd
Penthouse Floor
Beverly Hills, CA 90211

Victor Meier
1933 Maplebrook Court
El Cajon, CA 92019

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____
Southern District of California

**In re** Prost LLC

Case No. _____

**Debtor**

Chapter <u>11</u> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $<u>20,000.00</u>

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $<u>500.00</u>

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
all matters arising in the chapter 11, subchapter v case.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
representation of the debtor in any non-bankruptcy matter or action.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/11/2025

*Date*

/s/ Donald Reid, 281743

*Signature of Attorney*

Law Office of Donald W. Reid

*Name of law firm*
PO Box 2227
Fallbrook, CA 92088

3:20 PM

08/11/25

Cash Basis

# PROST LLC
# Balance Sheet
### As of August 10, 2025

|  | Aug 10, 25 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **0206 CBT Payroll** | -71.82 |
|       **0524 CBT Operating** | -929.14 |
|       **9128 Old Town** | 40.00 |
|       **9859 Money Market** | 33.96 |
|       **Cash on Hand** | 412.23 |
|     **Total Checking/Savings** | -514.77 |
| | |
|     **Other Current Assets** | |
|       **Due from Mr. G's** | 83,276.72 |
|       **Gutierrez Double Payroll Paymen** | 730.25 |
|       **Inventory Asset** | 38,749.50 |
|       **Undeposited Funds** | -216.59 |
|     **Total Other Current Assets** | 122,539.88 |
|   **Total Current Assets** | 122,025.11 |
| | |
|   **Fixed Assets** | |
|     **Bar Remodel** | 18,807.79 |
|     **Boiler** | 12,817.81 |
|     **Brewery Equipment** | 133,655.28 |
|     **Building Improvements** | 244,379.12 |
|     **Cameras Little Italy** | 5,333.01 |
|     **Forklift** | 3,725.00 |
|     **Furniture and Equipment** | 185,631.16 |
|     **India Street Outdoor Deck** | 33,897.59 |
|     **Old Town Remodel** | 163,968.63 |
|     **POS System** | |
|       **La Mesa Toast POS 7/2023** | 2,307.54 |
|       **Little Italy Toast POS 7.2023** | 4,344.06 |
|       **Old Town Toast POS 7.2023** | 4,376.35 |
|       **OnePOS** | 15,756.83 |
|     **Total POS System** | 26,784.78 |
| | |
|     **Shipping Containers** | 9,962.40 |
|     **Website** | 47.50 |
|     **z Accumulated Depreciation** | -465,979.66 |
|   **Total Fixed Assets** | 373,030.41 |
| | |
|   **Other Assets** | |
|     **1971 India Street - Deposit** | 40,000.00 |
|     **Liquor License - Solid Gold** | 90,000.00 |
|     **Security Deposits Asset** | 14,898.75 |
|   **Total Other Assets** | 144,898.75 |
| **TOTAL ASSETS** | **639,954.27** |
| | |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         **Accounts Payable** | -60.00 |
|       **Total Accounts Payable** | -60.00 |

3:20 PM

08/11/25

Cash Basis

## PROST LLC
## Balance Sheet
### As of August 10, 2025

|  | Aug 10, 25 |
|---|---|
| **Credit Cards** | |
| **Credit Cards** | |
| **4756 Alaska Clint** | 6,987.66 |
| **6725 Alaska Clint** | 5,955.69 |
| **Alaska 6079** | 25,706.66 |
| **Amex - 31003** | 8,079.32 |
| **Amex - 72003** | 40,906.69 |
| **Chase 9842** | 22,156.72 |
| **Citi 2737** | 10,266.17 |
| **Citi 6951** | 4,138.88 |
| **Citi 7217** | 6,348.97 |
| **Costco - Visa** | 10,934.89 |
| **Discover** | 7,152.26 |
| **Total Credit Cards** | 148,633.91 |
| **Total Credit Cards** | 148,633.91 |
| **Other Current Liabilities** | |
| **Direct Deposit Liabilities** | 0.02 |
| **Due to Employees - Tips** | |
| **Ahern, Michael** | |
| **Cash Tips - Ahern** | 121.00 |
| **Unpaid Tips - Ahern** | 875.58 |
| **Total Ahern, Michael** | 996.58 |
| **Arellano, Francisco** | |
| **Cash Tips - Arellano** | 30.00 |
| **Unpaid Tips - Arellano** | 649.38 |
| **Total Arellano, Francisco** | 679.38 |
| **BOH Pooled Tips LI** | 444.53 |
| **Cahill, Robert** | |
| **Cash Tips - Cahill** | 17.00 |
| **Unpaid Tips - Cahill** | 376.10 |
| **Total Cahill, Robert** | 393.10 |
| **Hernandez, Jennifer** | |
| **Cash Tips - HernandezJen** | 10.00 |
| **Unpaid Tips - HernandezJen** | 152.64 |
| **Total Hernandez, Jennifer** | 162.64 |
| **Joshi, Luna** | |
| **Cash Tips - Joshi** | 42.00 |
| **Unpaid Tips - Joshi** | 598.17 |
| **Total Joshi, Luna** | 640.17 |
| **Rosales, Jazide** | |
| **Cash Tips - Rosales** | 19.00 |
| **Unpaid Tips - Rosales** | 599.36 |
| **Total Rosales, Jazide** | 618.36 |
| **Rust, Molly** | |
| **Unpaid Tips - Rust** | 757.69 |
| **Total Rust, Molly** | 757.69 |
| **Shew, Cassidy** | |
| **Unpaid Tips - Shew** | 515.19 |
| **Total Shew, Cassidy** | 515.19 |

**3:20 PM**

**08/11/25**

**Cash Basis**

# PROST LLC
## Balance Sheet
### As of August 10, 2025

| | Aug 10, 25 |
|---|---|
| Tips Offset | -239.00 |
| **Total Due to Employees - Tips** | 4,968.64 |
| **Due to Molly Rust** | 301.10 |
| **Gift Cards** | |
| Gift Cards Sold | 86,639.24 |
| Gift Cards Used | -68,476.78 |
| **Total Gift Cards** | 18,162.46 |
| **Keg Deposits** | 1,073.76 |
| **Payroll Liabilities** | |
| CA State Disability Tax | 121.99 |
| CA Unemployment Company | 475.52 |
| CA Withholding | 248.98 |
| CalSavers | 50.20 |
| ETT | 9.96 |
| Federal Withholding | 875.00 |
| FUTA - ER | -2,907.68 |
| Medicare - EE | 138.01 |
| Medicare - ER | 169.63 |
| Social Security - EE | 590.31 |
| Social Security - ER | 660.00 |
| Payroll Liabilities - Other | 537.07 |
| **Total Payroll Liabilities** | 968.99 |
| **Sales Tax Payable** | 29,626.95 |
| **Total Other Current Liabilities** | 55,101.92 |
| **Total Current Liabilities** | 203,675.83 |
| **Long Term Liabilities** | |
| **SBA EIDL** | |
| SBA EIDL Interest Due | -4,874.00 |
| SBA EIDL - Other | 500,000.00 |
| **Total SBA EIDL** | 495,126.00 |
| **Total Long Term Liabilities** | 495,126.00 |
| **Total Liabilities** | 698,801.83 |
| **Equity** | |
| **Capital Stock** | |
| Rust Disbursements | -137,472.77 |
| Rust Investments | 5,000.00 |
| Stromberg Disbursements | -180,079.28 |
| Stromberg Investments | 5,000.00 |
| Capital Stock - Other | -10,000.00 |
| **Total Capital Stock** | -317,552.05 |
| **Retained Earnings** | 313,808.78 |
| **Net Income** | -55,104.29 |
| **Total Equity** | -58,847.56 |
| **TOTAL LIABILITIES & EQUITY** | **639,954.27** |

**3:20 PM**

**08/11/25**

**Cash Basis**

# PROST LLC
## Profit & Loss
### January 1 through August 10, 2025

|  | Jan 1 - Aug 10, 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Little Italy Income** | |
| **Gross Sales - Little Italy** | |
| Beer | 178,952.19 |
| | |
| Cans & Bottles | 16,253.87 |
| Food | 154,703.36 |
| Liquor | 134,580.44 |
| N/A Beverages | 7,429.53 |
| Retail | 5,784.59 |
| **Total Gross Sales - Little Italy** | 497,703.98 |
| **Total Little Italy Income** | 497,703.98 |
| **Old Town Income** | |
| **Gross Sales** | |
| Beer | 4,317.45 |
| Cans & Bottles | 13,845.91 |
| Food | 119,164.21 |
| Liquor OT | 10,473.20 |
| NA Bev | 16,292.65 |
| **Total Gross Sales** | 164,093.42 |
| **Total Old Town Income** | 164,093.42 |
| **Total Income** | 661,797.40 |
| **Cost of Goods Sold** | |
| Beer Manufacturer Tax | 800.00 |
| CO2 | 4,096.65 |
| Distribution Fees | 1,319.95 |
| Doordash Fees | 478.30 |
| Equipment Rental | 269.25 |
| Excise Tax | 76.83 |
| Food | 77,392.52 |
| Guest Beverages | 72,611.43 |
| Liquor | 774.49 |
| Operating Supplies | 7,358.98 |
| Tools & Small Equipment | 71.80 |
| **Total COGS** | 165,250.20 |
| **Gross Profit** | 496,547.20 |
| **Expense** | |
| **Automobile Expense** | |
| Gas | 39.96 |
| Parking/Tolls | 48.57 |
| Repairs and Maintenance | 117.00 |
| **Total Automobile Expense** | 205.53 |
| **Bank Service Charges** | 1,580.01 |
| **Business Licenses and Permits** | 870.00 |
| Cable | 1,652.77 |
| Computer and Internet Expenses | 2,255.79 |
| Donations | 420.00 |
| Dues and Subscriptions | 5,538.86 |
| **Insurance Expense** | |
| Liability | 14,624.75 |
| Life Policy - Rust | 253.50 |
| Life Policy - Stromberg | 1,284.40 |
| Workers Compensation | 8,659.20 |
| **Total Insurance Expense** | 24,821.85 |

3:20 PM

08/11/25

Cash Basis

# PROST LLC
## Profit & Loss
### January 1 through August 10, 2025

|  | Jan 1 - Aug 10, 25 |
|---|---|
| **Interest Expense** | |
| CC Interest | 8,749.78 |
| EIDL Interest Expense | 732.00 |
| Interest Expense - Other | 165.06 |
| **Total Interest Expense** | 9,646.84 |
| | |
| **Marketing & Promo** | 2,961.08 |
| **Meals and Entertainment** | 318.30 |
| **Merchant Account Fees** | 18,500.13 |
| **Office Expense** | 2,887.20 |
| **Over/Short** | 240.87 |
| **Payroll** | |
| Payroll Expenses - General | |
| Officers Wages | 14,947.68 |
| Staff Training | 179.23 |
| **Total Payroll Expenses - General** | 15,126.91 |
| | |
| Payroll Expenses - La Mesa | |
| FOH La Mesa | 720.33 |
| La Mesa Admin | 0.00 |
| **Total Payroll Expenses - La Mesa** | 720.33 |
| | |
| Payroll Expenses - Little Italy | |
| BOH Little Italy | 58,582.91 |
| Break Penalty Pay Little Italy | 579.35 |
| Commission | 335.00 |
| FOH Little Italy | 70,459.22 |
| Maintenance | 13,698.20 |
| Sick Pay | 940.11 |
| Payroll Expenses - Little Italy - Other | 0.00 |
| **Total Payroll Expenses - Little Italy** | 144,594.79 |
| | |
| Payroll Expenses - Old Town | |
| BOH Old Town | 32,445.71 |
| FOH Old Town | 31,285.55 |
| Sick Pay - Old Town | 295.00 |
| Payroll Expenses - Old Town - Other | 156.60 |
| **Total Payroll Expenses - Old Town** | 64,182.86 |
| | |
| Payroll Taxes | |
| CA Employment Training Tax | 230.52 |
| CA Unemployment Tax | 10,834.08 |
| ER Taxes | 27,706.25 |
| **Total Payroll Taxes** | 38,770.85 |
| **Total Payroll** | 263,395.74 |
| | |
| **Pest Control** | 2,118.00 |
| **Postage/Freight** | 13.60 |
| **Professional Fees** | |
| Accounting | 2,951.00 |
| Legal Fees | 21,708.00 |
| Professional Fees - Other | 500.00 |
| **Total Professional Fees** | 25,159.00 |
| | |
| **Rent Expense** | 139,288.04 |
| **Repairs and Maintenance** | 3,446.40 |
| **Taxes** | |
| Franchise Tax Board | 800.00 |
| **Total Taxes** | 800.00 |
| | |
| **Telephone Expense** | 1,235.86 |

3:20 PM

08/11/25

Cash Basis

**PROST LLC**
## Profit & Loss
**January 1 through August 10, 2025**

|  | Jan 1 - Aug 10, 25 |
|---|---|
| **Utilities** | |
| Gas & Electric | 31,152.11 |
| Waste Disposal | 10,211.44 |
| Water | 3,332.07 |
| **Total Utilities** | 44,695.62 |
| **Total Expense** | 552,051.49 |
| **Net Ordinary Income** | -55,504.29 |
| **Other Income/Expense** | |
| **Other Income** | |
| Settlement Income | 400.00 |
| **Total Other Income** | 400.00 |
| **Net Other Income** | 400.00 |
| **Net Income** | **-55,104.29** |